```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUSTIN ALPHANSO PATRICK        :        CIVIL ACTION
                               :
     v.                        :
                               :
DEPUTY SHERIFF MICHAEL MOORMAN :        NO. 11-1908
```

ORDER

AND NOW, this 23rd day of March, 2012, upon consideration of defendant Deputy Sheriff Michael Moorman's second motion for summary judgment (docket entry # 20), Patrick's response in opposition (docket entry # 22) and exhibits thereto (docket entries # 23, 24, 26, 27, and 30), Moorman's reply in support of his motion (docket entry # 29), and the parties' enumerated statements of facts and responses thereto (docket entries # 32, 33, and 34), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Moorman's second motion for summary judgment (docket entry # 20) is GRANTED; and

2. The Clerk shall statistically CLOSE this case.

BY THE COURT:

\_\_\s\Stewart Dalzell